AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

USA

vs.

112020 dollars in US Currency

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:07-928-HFF

**[X]  Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that all persons claiming any right, title or interest in or to the $112,020.00 in United States currency, including Henry Bennett, Anthony Smith, and Regina Dean, are hereby held in default.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court shall enter default against Henry Bennett, Anthony Smith, and Regina Dean, and all interested persons.

**IT IS FURTHER ORDERED AND ADJUDGED** that default judgment shall be entered by the Clerk of Court against the Defendant and in favor of the United States.

**IT IS FURTHER ORDERED AND ADJUDGED** that Pursuant to 21 U.S.C. § 881(a)(6), the $112,020.00 in United States Currency is hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

**IT IS FURTHER ORDERED AND ADJUDGED** that clear title in and to the $112,020.00 in United States Currency is vested in the United States of America, and no

other right, title or interest exists therein. All other claims in the $112,020.00 in United States currency are hereby forever foreclosed and barred.

**IT IS ALSO ORDERED AND ADJUDGED** that the $112,020.00 in United States Currency forfeited herein shall be disposed of by the United States in accordance with law.

IT IS SO ORDERED.

                                                LARRY W. PROPES, Clerk

                                                By: **s/Angela Lewis**
                                                    Deputy Clerk

October 22, 2007